UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 8:07-cr-21-T-23TGW
    8:08-cv-1120-T-23TGW

EMERENCIO RIVERO
_____/

### **ORDER**

Rivero moves to vacate his sentence pursuant to 28 U.S.C. § 2255 (Doc. 1). The court denied all claims except Rivero's claim that trial counsel failed to timely file a notice of appeal, which claim was referred to Magistrate Judge Thomas G. Wilson, who conducted a hearing and issued his report (Doc. 22). The court independently examined the file and reviewed the report and the defendant's objections (Doc. 26). Upon consideration, the objections are overruled and the report is adopted, confirmed, and incorporated by reference into this order.

Accordingly, the court adopts the report (Doc. 22). Rivero's motion to vacate sentence (Doc. 1) is **DENIED**. The clerk shall enter a judgment against defendant and close the civil action.

ORDERED in Tampa, Florida, on March 19, 2009.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE